HELEN LAMBE, PLAINTIFF-RESPONDENT, v. GEORGE REARDON, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 69 *N. J. Super.* 57.

*Mr. Samuel H. Nelson* for the petitioners.

*Mr. Nicholas Martini* for the respondent.

October 2, 1961. Denied.

TOWNSHIP OF BERKELEY HEIGHTS, PLAINTIFF-PETITIONER, v. DIVISION OF TAX APPEALS, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 68 *N. J. Super.* 364.

*Mr. Edward A. Pizzi* and *Mr. Richard G. O'Brien* for the petitioner.

*Mr. Earl Pollack* for the respondent.

October 2, 1961. Denied.